1    **WO**                                                                                      RP

2

3

4

5

6                       **IN THE UNITED STATES DISTRICT COURT**

7                          **FOR THE DISTRICT OF ARIZONA**

8

9    Dale Maisano,                            )    No. CV 07-1513-PHX-SMM (GEE)
                                              )
10                    Petitioner,             )    **ORDER**
                                              )
11   vs.                                      )
                                              )
12                                            )
     Dora Schriro, et al.,                    )
13                                            )
                      Respondents.            )
14                                            )
     _____  )

15

16          Petitioner Dale Maisano, who is confined in the Arizona State Prison Complex-Yuma,

17   has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and an

18   Application to Proceed *In Forma Pauperis*.  The Court will dismiss the Petition and this

19   action without prejudice.

20   **I.      Failure to Comply with "Abusive Litigant" Pre-Filing Order**

21          Petitioner has so often and egregiously abused the legal process in the past that on

22   August 11, 1992, the Court entered an Order and Restraining Order enjoining him from filing

23   any civil action in this or any other federal court without first obtaining leave of the court.

24   See Order of August 11, 1992, Maisano v. Lewis, CV 92-1026-PHX-SMM (MS).  To obtain

25   leave to file, Mr. Maisano must file an "Application Pursuant to Court Order Seeking Leave

26   to File" accompanied by an affidavit certifying: (1) that the claim or claims presented are

27   new and have never been raised and disposed of on the merits by any federal court; and (2)

28   that to the best of his knowledge the claim or claims presented are not frivolous or taken in

Dockets.Justia.com

1  bad faith.  Additionally, any application for leave to file must be accompanied by a copy of

2  the August 11, 1992 Order and Restraining Order in <u>Maisano v. Lewis</u>, CV 92-1026-PHX-

3  SMM (MS).[1]

4         As he has done on numerous occasions in the past, Plaintiff has in this case ignored

5  the Court-mandated pre-filing requirements.  Accordingly, the Petition and this action will

6  be dismissed for Plaintiff's failure to comply with the Court's prior Order and Restraining

7  Order.

8         **IT IS ORDERED** that the Petition (Doc. #1) and this action are **dismissed without**

9  **prejudice** for Plaintiff's failure to comply with the pre-filing requirements set out in the

10  Court's Order and Restraining Order of August 11, 1992, in <u>Maisano v. Lewis</u>, CV 92-1026-

11  PHX-SMM (MS), and the Clerk of Court **must enter** judgment and **close** this file

12  accordingly.

13         DATED this 15th day of August, 2007.

14

15

16

17                        _____
                               Stephen M. McNamee
18                            United States District Judge

19

20

21

22

23

24

25

26

27
     [1]The Court notes that Plaintiff appealed the final judgment in CV 92-1026-PHX-SMM
28  (MS) to the Ninth Circuit.  The Court of Appeals dismissed the appeal on March 12, 1993.